## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ABLE HOME HEALTH, LLC,             )
on behalf of plaintiff and             )
the class members defined herein,    )
                               )

         Plaintiff,          )      18 C 5241
                               )

         vs.                 )
                               )

GOLDEN TOUCH STAFFING, LLC,     )
and JOHN DOES 1-10,              )
                               )

         Defendants.       )

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up hearing on damages and costs in support of

Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised

in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Golden Touch Staffing, LLC, and in

Plaintiff Able Home Health, LLC's favor, in the amount of $3,000.00 for Plaintiff in statutory

damages, plus $3,648.75 in attorney's fees and $465.00 in costs of suit.

Defendant Golden Touch Staffing, LLC., is enjoined from further sending unsolicited

facsimile advertisements in the state of Illinois to Plaintiff Able Home Health, LLC.

Plaintiff's individual claims against John Does 1-10 are dismissed without prejudice and

without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated:   10/23/18                                 

                                         United States District Judge